IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEREMIAH JAMES GOODWIN,
    Plaintiff,

v.                                              Civil No. 3:23cv700 (DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

    Plaintiff, proceeding *pro se*, submitted a letter in which he complains about conditions in the state mental health facility where he is confined. (ECF No. 1.) By Memorandum Order entered on December 15, 2023, the Court explained that although it was not clear what action Plaintiff was seeking, the Court would send Plaintiff a form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 3.) The Court directed the Clerk to mail Plaintiff a standardized form for filing a § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. (*Id.*) The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

    More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

    Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

                                                               /s/
                                                     David J. Novak
                                                     United States District Judge

Richmond, Virginia
Dated: January 24, 2024